IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY A. GARCIA,

    **Plaintiff,**

v.                               Case No. 4:19cv407-MW/HTC

MARK S. INCH, et al.

    **Defendants.**
_____/

## ORDER GRANTING EXTENSION TO RESPOND

This Court has considered, without hearing, Plaintiff's *pro se* Motion for Extension of Time in which to file objections to the Magistrate Judge's Report and Recommendation. ECF No. 9. The motion is **GRANTED.** Plaintiff shall file any objection to the report on or before December 23, 2019.

**SO ORDERED on December 2, 2019.**

                                          s/ MARK E. WALKER
                                          **Chief United States District Judge**