**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ANTHONY A. GARCIA,**

     **Plaintiff,**

**v.**                           **Case No.  4:19cv407-MW/HTC**

**MARK S. INCH, et al.,**

     **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 10, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation. ECF No. 11.  Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted,** over Plaintiff's objections, as this Court's opinion.  The Clerk shall enter judgment stating, "This case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious for Plaintiff's abuse of the judicial process and for Plaintiff's failure to follow this Court's orders."  The Clerk shall also close the file.

**SO ORDERED on January 3, 2020.**

                    **s/Mark E. Walker**_____
                    **Chief United States District Judge**